# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-1968
_____

United States of America,

*Plaintiff - Appellee*,

v.

Christine Michelle Hogate,

*Defendant - Appellant*.
_____

Appeal from United States District Court
for the Southern District of Iowa - Central
_____

Submitted: January 14, 2021
Filed: January 22, 2021
[Unpublished]
_____

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Federal prisoner Christine Hogate appeals the district court's[1] denial of her motion seeking release under 18 U.S.C. § 3582(c)(1)(A)(i). Hogate's appointed

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.

counsel has moved to withdraw and filed a brief arguing that the district court erred in denying relief.

The district court determined that the circumstances that Hogate cited did not amount to extraordinary or compelling reasons that warranted a sentence reduction. We conclude that there was no abuse of discretion in the district court's determination. *See United States v. Loggins*, 966 F.3d 891, 893 (8th Cir. 2020). Accordingly, we affirm and grant counsel leave to withdraw.

_____